IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DALE MATTHEW HEAD,

 Appellant,

 v.

   Case No. 5D22-1777
   LT Case No. 2019-CF-2502

STATE OF FLORIDA,

 Appellee.

_____/

Decision filed March 14, 2023

3.850 Appeal from the Circuit Court
for Hernando County,
Daniel B. Merritt, Jr., Judge.

Dale Matthew Head, Lake Butler,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

 AFFIRMED.

EDWARDS, JAY and HARRIS, JJ., concur.